This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



Beth A. Buchanan
United States Bankruptcy Judge

Dated: August 10, 2015

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMI BROWN DYESS | NO: 14-14395 |
| | Chapter 7 |
| Debtor | Judge Buchanan |

AGREED ORDER GRANTING RELIEF
FROM AUTOMATIC STAY TO PURSUE
DOMESTIC RELATIONS ISSUE

Comes now the Debtor, Jami Dyess, her bankruptcy counsel, Eileen Field, her non-filing spouse James Dyess, his bankruptcy counsel, Eric Goeringindividually, and the Chapter 7 Trustee and agree to the following course of action regarding the pending Chapter 7 bankruptcy case:

1.	Relief from the Automatic Stay under 11 USC 362 shall be granted in order to allow James & Jami Dyess to proceed with the litigation in the Butler County Domestic Relations Court, under Case # DR 2015 06 0504.

    2.    The Domestic Relations Court shall have the authority to rule on all issues regarding alimony, and property settlement.

    3.    The 14 day stay requirement under FBR 6004 9(h) is hereby waived.

SO ORDERED.

/s/ *George Leicht* per email authorization 8/4/15
George Leicht #0019698
Chapter 7 Trustee

/s/ *Eric W. Goering*
Eric W. Goering, #0061146
Bankruptcy Attorney for James Dyess

/s/ *Thomas C. James, Jr.* per email authorization 8/4/15
Thomas C. James, Jr #0073531
Domestic Relations Attorney for Debtor, James Dyess

/s/ *Eileen Field* per email authorization 8/4/15
Eileen Field
Bankruptcy Attorney for Debtor

/s/ *Jami Dyess*
Jami Dyess, Debtor

/s/ *James Dyess*
James Dyess, non-filing spouse of Debtor

Copies to:
Default list

###